**Esedor MATTSON, Appellant, v. LIBBY, Mc-NEILL & LIBBY, a Corporation, Appellee.**

**No. 7117.**

Circuit Court of Appeals, Ninth Circuit.

March 20, 1933.

Lord, Moulton & Krause, of Portland, Or., for appellant.

Kerr & McCord and Preston, Thorgrimson & Turner, all of Seattle, Wash., for appellee.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon consideration of petition of appellant for an order waiving default and extending time to file record and docket cause, and of motion of appellee to dismiss appeal for failure of appellant to file record and docket cause, and good cause therefor appearing, ordered motion of appellant denied, and motion of appellee granted, and appeal herein dismissed for failure of appellant to file record and docket cause.

**Emma MELCZER, as Executrix of the Estate of Joseph Melczer, etc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 6713.**

Circuit Court of Appeals, Ninth Circuit.

March 7, 1933.

Claude I. Parker and Ralph W. Smith, both of Los Angeles, Cal., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and Hayner N. Larson, Sp. Asst. to the Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon oral motion of counsel for respondent, and it appearing that petition for writ of certiorari has been denied in the cause of O'Shaughnessy v. Commissioner of Internal Revenue, 60 F.(2d) 235, it is ordered that petition to review be dismissed because of denial of said petition, and for failure of petitioner to file brief as required by Rule 24.

■

**William R. MESTICE, Plaintiff-Appellant, v. OHRBACH'S AFFILIATED STORES, Inc.**

**No. 332.**

Circuit Court of Appeals, Second Circuit.

March 20, 1933.

Lewis Landes, of New York City, for appellant.

Morris Kirschstein, of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree (3 F. Supp. 91) affirmed.